CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 16 2022

JULIA C. DUDLEY, CLERK
BY: _____
    DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

__Daniel Neil Jackson__                    __1182398__
Plaintiff full name                         Inmate No.

v.                                  CIVIL ACTION NO. __7:22-CV-00090__

__D. Dameron, RN.; Dr. K. Smith; Augusta Correctional Center__
Defendant(s) full name(s)

__Medical Dept.__

*****************************************************

A. Current facility and address: __Augusta Correctional Center__
   __1821 Estaline Valley Rd., Craigsville, VA 24430__

B. Where did this action take place? __Augusta Correctional Center__

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   ____ Yes     __✓__ No

   If your answer to A is Yes, answer the following:

   1. Court: _____
   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   __✓__ Yes     ____ No

   1. If your answer is Yes, indicate the result:
      __Unfounded__

   2. If your answer is No, indicate why:

E. Statement of Claim(s)

<u>Claim #1</u> - In 2019 I was suffering from pain in my right leg (knee, hip and achilles) and numbness in my heel. After several visits to outside specialists I was diagnosed as having nerve damage in my right leg. I was prescribed medications for pain, given an ankle sleeve for support, assigned bottom bunk status, and scheduled for further specialist care.

Upon arrival at Augusta Correctional Center in January of 2020 my ankle sleeve was confiscated and not returned, without any justification. Dr. K. Smith refused to even follow-up on this matter. Furthermore, I was put into a pod that was up two flights of stairs, requiring me to walk up and down the stairs numerous times each day to get my medications and food. These actions caused increased pain in my damaged leg, and Dr. Smith failed to address my complaints.

<u>Claim #2</u> - In March of 2020 I was hired to work in the Apparel Shop. One requirement is that employees wear boots or have a medical exemption. As the wearing of boots caused me extreme pain and discomfort I requested for Dr. Smith to issue a medical exemption. According to him, there was 'no such thing' and 'if there is, he would not issue one.' He had no medical reason for this, except that he just didn't want to.

Because of the pain and discomfort experienced by the wearing of the hard-soled boots, I was forced to resign from the Apparel Shop. I was out of work from June 2020 until January 2022 when I was given a houseman job - losing seven months of pay. (Approximately $60.00 per month). MCV later prescribed soft, supportive insoles as treatment.

<u>Claim #3</u> - A final visit to MCV in July 2021 determined that surgery was not necessary at this time (it was not an emergency). It was ordered that I continue on pain medications, & receive physical therapy. Dr. Smith has never given me any physical therapy, nor has he issued any prescribed physical therapy. He has not in any way followed up with me regarding my ongoing medical issue - even though I have sent a number of requests.

In Oct. 2021 my prescribed pain meds were discontinued. According to Nurse V. Hallse, I did not get enough of my Cymbalta to continue - even though I explained that having to walk up and down a staircase multiple times a day acerbated the injury and often it was more detrimental for me to pick up the days dosage.

Furthermore, my Ibuprofen - which often helped moreso than the Cymbalta, and which I did pick up regularly - was discontinued. According to RN D. Dameron, Ibuprofen is available for purchase on Commissary and the Medical Dept. is not responsible for providing treatment of my pain. After multiple requests to see the Doctor about renewing, each of which was denied by Dameron, I explained I could not afford to regularly purchase the dosage I was taking daily. Nurse Dameron stated "Just buy some Suboxone off the yard like everyone else does."

The pain has caused me to suffer from lack of sleep for past 3 months, and mental and physical anguish.

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

~~Suffering pain in right leg and loss of feeling in right foot.~~
~~Med determined not to operate at the time – prescribed that I continue~~
~~on pain meds and begin physical therapy. Dr. Smith neglected to follow-up~~
~~until forced, and has since denied any treatment.~~

See Attached

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

~~Dr. Smith never carried out any physical therapy. The Ibuprofen~~
~~(which was helping to alleviate pain) prescribed was discontinued in~~
~~Oct. 2021. Nurse Dameron refused to schedule an appointment for renewal~~
~~stating "Ibuprofen is available on Commissary." When I told her I could~~
~~not afford it, she told me "Get Suboxone off the yard like everyone else does."~~
~~The pain has caused lack of sleep and extreme anguish.~~

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Compensation for 7 months of lost pay (Approx. $420.00)
To be treated for the pain and be compensated for the loss of sleep
and physical, mental, and emotional anguish suffered over past 3 months.

G. If this case goes to trial do you request a trial by jury? Yes _X_  No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 1-31-22     SIGNATURE: _____

VERIFICATION:
I, Daniel Neil Jackson, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court. that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1-31-22     SIGNATURE: _____

Case 7:22-cv-00090-CKM    Document 1    Filed 02/16/22    Page 5 of 5    Pageid#: 5

Daniel Jackson  # 1182398
ACC
1821 Estaline Valley Rd
Craigsville, VA 24430



Clerk, United States District Court

210 Franklin Road, SW, Suite 540

Roanoke, VA 24011-2208

24011$0003 C003