IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL NEIL JACKSON,   )   | |
|     Plaintiff,   ) | Civil Action No. 7:22-cv-00090 |
|                                   ) | |
| v.   ) | |
|                                     ) | By: Michael F. Urbanski |
| D. DAMERON, et al.,   ) | Chief United States District Judge |
|     Defendants.   ) | |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the plaintiff's claims against the Augusta Correctional Center Medical Department are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), and this defendant shall be terminated as a party to this action. The case will proceed against the remaining individual defendants.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

It is so **ORDERED**.

Entered: July 8, 2022

*/s/ Michael F. Urbanski*
Digitally signed by Michael F. Urbanski   Chief U.S. District Judge
Date: 2022.07.08 15:20:46 -04'00'

Michael F. Urbanski
Chief United States District Judge