1.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
January 08, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

DANIEL NEIL JACKSON

    Plaintiff,

v.        Case No.: 7:22-cv-00090

D. DAMERON, et. al.

    Defendants

### PLAINTIFF'S RESPONSE TO WAIVER OF ANSWER

As I am proceeding Pro Se, and do not know if a response to the Defendant's Waiver of Answer is warranted or necessary, I will err on the side of caution and provide one. At the very least, it may help to clarify some matters and expedite the process of moving forward.

1) The claims outlined in the initial filing, and clarified in the amended complaint, clearly fall under the Eighth Amendment, and meet the standards for serious medical need and Deliberate indifference on the part of the Defendants.

2) These claims, as noted above, outline violations of the Eighth Amendment rights protected by the U.S. Constitution.

3) Resulting damages suffered include severe mental health trauma resulting from ongoing pain and lack of sleep, further physical damage to the injured leg,

the development of an addiction to Suboxone, and institutional charges resulting from retaliatory measures - all of which can be proven and substantiated by documentation and examination of the Plaintiff's history prior to his dealings with the defendants.

4) While the injury to the Plaintiff's leg existed prior to the conduct of the Defendants, their actions resulted in additional damages and losses that had not and would not have existed if the Defendants had not shown such wanton disregard - deliberate indifference - for the Plaintiff's condition. Of significance, prior to the conduct of the Defendants, the Plaintiff had no overwhelming financial strain and consistently held employment, his chronic pain was being treated and cared for, The Plaintiff did not have an addiction to Suboxone, his mental health and sleep patterns were much more stable, his institutional record of conduct - while not spotless - was not as severely disruptive (resulting from mental and emotional traumas suffered over the past several years, the developed substance abuse problem, and the retaliatory measures exacted against the Plaintiff), and finally, the injury to his leg was not as severe or as advanced.

5) The Plaintiff has documentation showing that he pursued and exhausted the grievance procedures available to him prior to filing

the 1983 complaint.

6) Other health care providers would not have ignored a patients concerns, requests, and prospering treatments. Furthermore, other health care providers would not have outright refused to treat a patient's pain, or suggested that a patient should pursue "illegal drugs" to treat his pain.

Additionally, other health care providers had previously prescribed treatments, which the defendants chose to ignore or dismiss, even those treatments that were proving beneficial to the Plaintiff's needs.

7) The defendants do not fall under the protections of qualified immunity. They acted in their individual capacity and personally violated rights. Furthermore, their actions were clear violations, and on one occassion the plaintiff actually stated to Dr. Smith, "You are refusing to treat me. This is a violation of my rights." To which he made no response, but to stare at the Plaintiff blankly.

8) Redundant - see above.

9) Dr. Smith does not qualify for immunity in his individual capacity.

10) The Plaintiff is proceeding Pro Se and is not individually accountable for service of the complaint.

11) Amended complaint addresses all claims of injunctive relief.

4

12) Redundant - see #7

13) —

JURY TRIAL DEMAND) Both parties have consented to a Magistrate THEREFORE, there is no justifiable reason to dismiss the Plaintiff's claims and I set forth a MOTION TO ORDER THE DEFENDANTS TO REPLY.

Respectfully submitted,

DANIEL NEIL JACKSON
#1182398

12-30-23

Daniel Jackson #1843661
ACC

THE DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENT

UNITED STATES DISTRICT COURT
Office of the Clerk
210 Franklin Rd., Rm 540
Roanoke, VA 24011



US POSTAGE
ZIP 24430
02 4W
0000375357  $000.63°
JAN 03 2024



US POSTAGE PITNEY BOWES
ZIP 24430
02 4W
0000375357 JAN 03 2024
$ 000.00⁰

THE DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENT

RECEIVED
JAN 03 2024
OUTGOING LEGAL MAIL
USDC Clerk's Office
Mail Room

RECEIVED
JAN 08 2023