IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**DANIEL NEIL JACKSON,**

      **Plaintiff,**

**v.**

                                                                        **Case No.: 7:22-cv-00090**

**D. DAMERON, et al.**

      **Defendants.**

## KYLE SMITH, MD AND DERINDA DAMERON, RN'S
## (PARTIAL) MOTION TO DISMISS

COME NOW, Kyle Smith, MD (identified in the Complaint as "Dr. K. Smith") and Derinda Dameron, RN (identified in the Complaint as "D. Dameron, RN"), by counsel, and pursuant to Rule 12(b)(6), Rule 15(a) and (d), and Rule 20 of the Federal Rules of Civil Procedure as well as Local Rule 11(c) hereby file this Partial Motion to Dismiss the Plaintiff's Supplemental Complaint. A Memorandum in Support accompanies this Motion as required by the Local Rules.

                                              Respectfully submitted,

                                              **KYLE SMITH, MD and**
                                              **DERINDA DAMERON, RN**

                                                  /s/   *Grace Morse McNelis*
                                          Grace Morse-McNelis, Esq., VSB No. 75957
                                          Ericka W. Kopp, Esq. VSB No. 98265
                                          Frith Anderson + Peake
                                          4198 Cox Road, Suite 102
                                          Glen Allen, VA 23060
                                          Phone – (804) 362-0078
                                          Fax – (540) 772-9167
                                          gmorsemcnelis@faplawfirm.com
                                          ekopp@faplawfirm.com

1305.0009\GMM
4888-1256-0297 .v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I further certify that I will mail the document by U.S. mail to the following non-filing user:

Daniel Neil Jackson, 1182398
VADOC Centralized Mail Distribution Center
3521 Woods Way
State Farm, Virginia 23160
Plaintiff, *pro-se*

      /s/   *Grace Morse McNelis*
Grace Morse-McNelis, Esq., VSB No. 75957
Ericka W. Kopp, Esq. VSB No. 98265
Frith Anderson + Peake
4198 Cox Road, Suite 102
Glen Allen, VA 23060
Phone – (804) 362-0078
Fax – (540) 772-9167
gmorsemcnelis@faplawfirm.com
ekopp@faplawfirm.com