IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**DANIEL NEIL JACKSON,**

    **Plaintiff,**

v.

                                                                                                    **Case No.: 7:22-cv-00090**

**D. DAMERON, et al.**

    **Defendants.**

### KYLE SMITH, MD AND DERINDA DAMERON, RN'S
### MOTION FOR SUMMARY JUDGMENT

COME NOW, Kyle Smith, MD (identified in the Complaint as "Dr. K. Smith") and Derinda Dameron, RN (identified in the Complaint as "D. Dameron, RN"), by counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure as well as Local Rules 56 and 11(c), hereby file this Motion for Summary Judgment in response to Plaintiff's operative pleading. A Memorandum in Support accompanies this Motion as required by the Local Rules.

                                                                       Respectfully submitted,

                                                                 **KYLE SMITH, MD and**
                                                                 **DERINDA DAMERON, RN**

                                                                  /s/   *Grace Morse McNelis*
                                                     Grace Morse-McNelis, Esq., VSB No. 75957
                                                     Ericka W. Kopp, Esq. VSB No. 98265
                                                     Frith Anderson + Peake
                                                     4198 Cox Road, Suite 102
                                                     Glen Allen, VA 23060
                                                     Phone – (804) 362-0078
                                                     Fax – (540) 772-9167
                                                     gmorsemcnelis@faplawfirm.com
                                                     ekopp@faplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I further certify that I will mail the document by U.S. mail to the following non-filing user:

    Daniel Neil Jackson, 1182398
    VADOC Centralized Mail Distribution Center
    3521 Woods Way
    State Farm, Virginia 23160
    Plaintiff, *pro-se*

        /s/   *Grace Morse McNelis*
    Grace Morse-McNelis, Esq., VSB No. 75957
    Ericka W. Kopp, Esq. VSB No. 98265
    Frith Anderson + Peake
    4198 Cox Road, Suite 102
    Glen Allen, VA 23060
    Phone – (804) 362-0078
    Fax – (540) 772-9167
    gmorsemcnelis@faplawfirm.com
    ekopp@faplawfirm.com