CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 09, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL NEIL JACKSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:22-cv-00090 |
| v. | ) | |
| D. DAMERON, RN, *et al.*, | ) | By: C. Kailani Memmer |
| Defendants. | ) | United States Magistrate Judge |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the defendants' partial motion to dismiss, ECF No. 41, is **GRANTED IN PART AND DENIED IN PART**. The retaliation claims asserted against Nurse D. Dameron are **DISMISSED** for failure to state a claim upon which relief can be granted.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTERED: September 9, 2024

*C. Kailani Memmer*

C. Kailani Memmer
United States Magistrate Judge