CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

March 20, 2025

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL NEIL JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:22-cv-00090 |
| | ) | |
| v. | ) | |
| | ) | |
| D. DAMERON, RN, *et al.*, | ) | By: C. Kailani Memmer |
| | ) | United States Magistrate Judge |
| Defendants. | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the defendants' motion

for summary judgment, ECF No. 55, is **GRANTED**. The Clerk shall **STRIKE** this case from the

court's active docket and provide a copy of this Order and the accompanying Memorandum

Opinion to the parties.

Entered: March 20, 2025

*C. Kailani Memmer*

C. Kailani Memmer
United States Magistrate Judge