IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DANIEL NEIL JACKSON
 Plaintiff

v.

D. DAMERON, RN, et al.,
 Defendants.

Civil Action No. 7:22-cv-00090

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

APR 10 2025

LAURA A. AUSTIN, CLERK
BY: /s/ A Beeson
 DEPUTY CLERK

## NOTICE OF APPEAL

I am appealing the Summary Judgement decision made in this case to the Fourth Circuit Court of Appeals.

Daniel Neil Jackson
#1182398

April 6, 2025

Daniel Neil Jackson #1182398
G.R.O.C.
P.O. Box 1000
Chatham, VA 24531



GREENSBORO NC 270
PIEDMONT TRIAD AREA
8 APR 2025 PM 1 L

United States District Court
Office of the Clerk
210 Franklin Rd., Rm 540
Roanoke, VA 24011

RECEIVED

APR 10 2025

USDC Clerk's Office
Mail Room

24011-220840